UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-812-MWF(MANx)**                               Dated: **September 26, 2016**

Title:       Debra Selznick -v- Wells Fargo Bank, N.A., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

     Cheryl Wynn                                           None Present
     Relief Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

     None Present                                           None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

     In light of the Notice of Settlement filed September 23, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 24, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

     **IT IS SO ORDERED.**

MINUTES FORM 90                                           Initials of Deputy Clerk    cw
CIVIL - GEN

-1-